**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

v.                                    **NO. 4:07cr00259 JMM**

**KYLE HANKS**                                                                    **DEFENDANT**

**AMENDED ORDER**

      A determination of Defendant Kyle Hanks's mental competency to undergo post-release proceedings has previously been directed by Order of June 18, 2008 (docket entry # 18). That Order is hereby amended to provide that pursuant to 18 U.S.C. 4247(b) and (c), Kyle Hanks shall be remanded to the custody of the Attorney General or his authorized representative for a period not to exceed thirty (30) days for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241.

      Further, pursuant to 18 U.S.C. § 4247(c), the person conducting the examination must file a report with this Court with copies to counsel for the United States and for the Defendant. The United States is represented by Assistant United States Attorney Jana K. Harris, Post Office Box 1229, Little Rock, Arkansas, 72203. Defendant is represented by Assistant Federal Public Defender Lisa G. Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, Arkansas, 72201.

      IT IS FURTHER ORDERED that Defendant be transported to a federal facility as soon as possible for the evaluation. In the event Defendant is temporarily detained in the

Pulaski County Detention Center, he must be segregated from the general population for safety reasons.

IT IS SO ORDERED this 26th day of June, 2008.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```