IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                            CASE NO.  4:07cr000259-01 JMM

KYLE HANKS

### ORDER

Defendant appeared for a hearing on the motion to revoke supervised release on September 3, 2008.  During the hearing, Defense counsel acknowledged that she had talked to the doctor who performed the psychiatric evaluation and understood that the defendant was competent.  The Court proceeded with the revocation hearing finding Defendant competent to proceed, based on Defense counsel's statement and the statements and demeanor of the defendant.

Following the hearing, the Court received the evaluation report. The report indicated that the defendant is competent to proceed with the judicial process.

Based on the September 3, 2008 hearing and the competency report dated August 21, 2008, the Court reaffirms its finding that the defendant is competent.

DATED THIS 4th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE